1  BENJAMIN B. WAGNER
   United States Attorney
2  BARBARA G. BORKOWSKI
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. 2:12-mj-00333-CKD
                                   )
12              Plaintiff,         )  ORDER VACATING COURT TRIAL AND
                                   )  SETTING A CHANGE OF PLEA, AND
13      v.                         )  SENTENCING
                                   )
14 JOSE D. ALATORRE,               )  Date:  February 8, 2013
                                   )  Time:  9:30 p.m.
15              Defendant.         )  Judge: Hon. Carolyn K. Delaney
   _____)
16

17      It is hereby ordered that the court trial set for February

18 8, 2013 at 9:30 p.m. is VACATED.  It is further ordered that a

19 change of plea and sentencing is set for February 28, 2013, at

20 9:30 a.m.

21      IT IS SO ORDERED.

22

23
   Dated: February 4, 2013
24
                                    _____
25                                  CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE
26

27

28